**BARLOW–MOORE TOBACCO COMPANY v. UNITED STATES of America.**

**No. 7589.**

Circuit Court of Appeals, Sixth Circuit.

June 28, 1937.

Woodward, Dawson & Hobson, of Louisville, Ky., for appellant.

Bunk Gardner, of Louisville, Ky., for appellee.

Before HICKS and ALLEN, Circuit Judges.

HICKS, Circuit Judge.

On motion of appellant, it is ordered that the appeal herein be and the same is dismissed, without prejudice at the cost of appellant.